AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| KRISTI COURTOIS AS AN INDIVIDUAL, AND AS BENEFICARY and HEIR OF THE ESTATE OF AUSTEENE G. COOPER <br><br> *Plaintiff(s)* <br> v. <br> Shellpoint Mortgage Servicing, LLC.; Bank of New York Mellon; Mortgage Electronic Registration Systems, Inc.; All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien, Or Interest in the Property, <br> *Defendant(s)* | Civil Action No. 2:20-cv-04095-PA-PVCx |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE BANK OF NEW YORK MELLON
c/o CT Corporation System
818 W 7th St, Suite 930
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ronald H. Freshman, Esq. (SBN 225136)
LAW OFFICES OF RONALD H. FRESHMAN
222 West 6th Street, Suite 400
San Pedro, CA 90731
Telephone: (858) 756-8288
Facsimile: (858) 964-1728

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/5/2020

*Carmen Lujan*

*Signature of Clerk or Deputy Clerk*