JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI COURTOIS, | CV 20-4095 PA (PVCx) |
| Plaintiff, | JUDGMENT |
| v. | |
| SHELLPOINT MORTGAGE SERVICING, LLC, et al., | |
| Defendants. | |

Pursuant to the Court's June 15, 2020 Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 15, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE